UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ANTONIO PAULETT,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIA GAMEZ, et al.,<br><br>    Defendants. | Case No. 20-cv-06950-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; REMANDING CASE**<br><br>Re: Dkt. Nos. 2, 6, 10, 14, 15, 17 |

Defendant Veronica Gamez removed this case from Alameda County Superior Court on October 2, 2020. On October 15, 2020, Magistrate Judge Ryu issued a Report and Recommendation granting Veronica Gamez's application to proceed in forma pauperis, but recommending the case be remanded for lack of subject matter jurisdiction. Dkt. No. 6. Judge Ryu thoroughly reviewed the underlying state court complaint and the notice of removal and determined that there was no federal claim or other basis for subject matter jurisdiction in this Court. *Id*.

Objections to the Report and Recommendation were due by October 29, 2020. As of today's date, no objections have been received. Instead, on October 22, 2020, plaintiff Paulett filed a motion to remand and seeking attorney fees, arguing that the removal was improper and frivolous. Dkt. No. 10. Defendants Veronica Gamez and Maria Gamez did not file objections to the Report and Recommendation. Instead, Maria Gamez filed a Motion to Dismiss, arguing that Paulette's underlying case is barred by the parties' prior settlement. Dkt. No. 14. Veronica Gamez filed a motion to quash, arguing that service of the underlying state complaint was improper. Dkt. No. 15. Maria Gamez also filed an application to proceed in forma pauperis. Dkt. No. 17.

Neither defendant has shown why there is federal subject matter jurisdiction over the

underlying state court complaint that asserts only claims under state and local law based on plaintiff's allegations that he was defendants' tenant and that the premises he rented were unfit for human occupancy under California common and statutory laws. Judge Ryu's Report and Recommendation is well-reasoned and correct and is adopted in every respect. There is no subject matter jurisdiction over this action and it is REMANDED back to the Alameda County Superior Court.

Judge Ryu's conclusion that defendant Veronica Gamez's application to proceed in forma pauperis should be granted is also ADOPTED. I independently GRANT defendant Maria Gamez's application for leave to proceed in forma pauperis.

Plaintiff Paulette's motion to remand is DENIED as moot. His request for attorney fees is DENIED, as there was no need to file a motion to remand given Judge Ryu's already pending Report and Recommendation providing the same relief.

This case is REMANDED, and the Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: November 2, 2020



William H. Orrick
United States District Judge